UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOREEN JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, a Delaware Corporation, FRED MEYER STORES, INC. an Ohio Corporation and JOHN DOES I-X.<br><br>　　　　Defendants. | NO. C17-1432 RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

Plaintiff Noreen Johnson and defendants BCI Coca-Cola Bottling Company of Los Angeles and Fred Meyer Stores, Inc., by and through their respective counsel of record, hereby stipulate and agree that all claims raised in the above-captioned lawsuit by and between plaintiff and defendants can be dismissed in their entirety with prejudice and without costs to any party.

\\

\\

\\

\\

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
2:17-cv-01432-RSM

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6569788.1

| | |
|---|---|
| DATED this _____ day of _____, 2018. | |
| | |
| THE GEISNESS LAW FIRM | WILLIAMS, KASTNER & GIBBS PLLC |
| By:_____<br>Thomas M. Geisness, WSBA 1878<br>Peter T. Geisness<br>811 First Avenue, Suite 300<br>Seattle, WA 98104<br>tom@geisnesslaw.com<br>melinda@geisnesslaw.com (Legal Assistant)<br>admin@geisnesslaw.com<br><br>*Attorneys for Plaintiff* | By: s/*Ryan W. Vollans*_____<br>    Rodney L. Umberger, Jr., WSBA #24948<br>    Ryan W. Vollans, WSBA #45302<br><br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Phone: 206.628.6600<br>Fax:    206.628.6611<br>Email: rumberger@williamskastner.com<br>       rvollans@williamskastner.com<br><br>*Attorneys for Defendant BCI Coca-Cola*<br>*Bottling Company of Los Angeles* |
| WILLMES LAW GROUP, PLLC | |
| By:_____<br>Charles A. Willmes., WSBA 23216<br>1000 Second Avenue, Suite 3000<br>Seattle, WA 98104<br>charles@willmeslawgroup.com<br>peter@geisnesslaw.com<br><br>*Attorneys for* Fred Meyer Stores, Inc. | |

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 2
2:17-cv-01432-RSM

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6569788.1

## ORDER OF DISMISSAL

The Court having considered the Stipulation by the plaintiff and the defendants, and being fully advised in the premises, now, therefore, hereby ORDERS that all claims raised in this lawsuit by Plaintiff against defendants BCI Coca-Cola Bottling Company of Los Angeles and Fred Meyer Stores, Inc., are hereby dismissed with prejudice and without costs to any party.

FURTHER, the Court finds that there is no just reason for delaying entry of final judgment in regard to the defendants. Based on the foregoing finding, the Court hereby directs that pursuant to CR 54(b) final judgment be entered dismissing all claims in the above-captioned lawsuit.

DATED this 15th day of August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

//
//
//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3
2:17-cv-01432-RSM

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6569788.1

PRESENTED BY:

| | |
|---|---|
| THE GEISNESS LAW FIRM | WILLIAMS, KASTNER & GIBBS PLLC |

By:_____
Thomas M. Geisness, WSBA 1878
Peter T. Geisness
811 First Avenue, Suite 300
Seattle, WA 98104
tom@geisnesslaw.com
melinda@geisnesslaw.com (Legal Assistant)
admin@geisnesslaw.com

*Attorneys for Plaintiff*

By: s/*Ryan W. Vollans*_____
    Rodney L. Umberger, Jr., WSBA #24948
    Ryan W. Vollans, WSBA #45302

601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone: 206.628.6600
Fax:    206.628.6611
Email: rumberger@williamskastner.com
        rvollans@williamskastner.com

*Attorneys for Defendant BCI Coca-Cola Bottling Company of Los Angeles*

WILLMES LAW GROUP, PLLC

By:_____
Charles A. Willmes., WSBA 23216
1000 Second Avenue, Suite 3000
Seattle, WA 98104
charles@willmeslawgroup.com
peter@geisnesslaw.com

*Attorneys for Fred Meyer Stores, Inc.*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 4
2:17-cv-01432-RSM

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6569788.1